67 So.3d 355 (2011)
Charles BERGMAN, Appellant,
v.
Deborah TRAFICANT-BERGMAN, Appellee.
No. 4D09-4835.
District Court of Appeal of Florida, Fourth District.
July 20, 2011.
Rehearing Denied September 9, 2011.
Charles Bergman, West Palm Beach, pro se.
Ralph T. White of Schutz & White, LLP, West Palm Beach, for appellee.
PER CURIAM.
Affirmed. See Applegate v. Barnett Bank of Tallahassee, 377 So.2d 1150, 1152 (Fla.1979).
MAY, C.J., WARNER and POLEN JJ., concur.